No. 72–6100. GERARDI *v.* FAVER; and

No. 72–6129. GERARDI *v.* MacLAUGHLIN ET AL. Motions for leave to file petitions for writs of mandamus denied.

No. 72–6035. RUDERER *v.* SIRICA, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of prohibition denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

No. 72–847. MEMORIAL HOSPITAL ET AL. *v.* MARICOPA COUNTY ET AL. Appeal from Sup. Ct. Ariz. Motion of Legal Aid Society of Maricopa County, Arizona, to dispense with printing *amicus curiae* brief granted. Probable jurisdiction noted.

No. 72–1040. COMMUNIST PARTY OF INDIANA ET AL. *v.* WHITCOMB, GOVERNOR OF INDIANA, ET AL. Appeal from D. C. N. D. Ind. Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 72–403. KUNZIG, ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION, ET AL. *v.* MURRAY. C. A. D. C. Cir. Certiorari granted.

No. 72–481. DEPARTMENT OF GAME OF WASHINGTON *v.* PUYALLUP TRIBE ET AL.; and

No. 72–746. PUYALLUP TRIBE *v.* DEPARTMENT OF GAME OF WASHINGTON. Sup. Ct. Wash. Certiorari granted. Cases consolidated and a total of one hour allotted for oral argument. Reported below: 80 Wash. 2d 561, 497 P. 2d 171.